# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Petitioner,  :  Case No. 3:13-mc-002

                                        District Judge Thomas M. Rose
  -vs-                                     Magistrate Judge Michael R. Merz

                                  :

TAMARA ABNER,

        Respondent.

## ORDER TO CLERK

      Upon examination of the Attorney Guide for CM/ECF filing, the Court determines that this case should have been opened as a civil case rather than a miscellaneous case.

      It is accordingly ORDERED that the Clerk reopen this case as a regular civil case.

May 8, 2013.

                                                                   s/ *Michael R. Merz*
                                                                United States Magistrate Judge